AO 10
Rev. 1/2006

**FOR CALENDAR YEAR 2005**

in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Wolf, Mark L | 2. Court or Organization<br><br>District of Massachusetts | 3. Date of Report<br><br>5/5/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>1 Courthouse Way Suite 5110<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman, Director | Albert Schweitzer Fellowship |
| 2. Chair | John William Ward Fellowship |
| 3. Trustee | ██████████ Residence Trust |
| 4. | |
| 5. | |

RECEIVED 2006 MAY -9 A 10: 53 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Patent Law Association | NY, NY, March 18, 2005, Annual Dinner for Federal Judiciary (Transportation, Food, and Lodging) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Michael Nussbaum | Desk (Estimated Value) | $ 10,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity USA (Money Market) | C | Dividend | L | T | | | | | |
| 2. Fidelity Fund (Mutual) | A | Dividend | L | T | | | | | |
| 3. Bank of America (Checking) | A | Interest | K | T | | | | | |
| 4. Bank of America ( Savings ) | A | Interest | K | T | | | | | |
| 5. Fidelity Fund (Mutual) | B | Dividend | M | T | | | | | |
| 6. Atlantic Trust Company ("ATC") Eq. Growth Fund | C | Dividend | N | T | part sold | * | M | F | *See Note 1 |
| 7. AIM Liquid Asset Money Market Fund (Money Market) | D | Interest | M | T | | | | | |
| 8. AIM Liquid Asset Money Market Fund (Money Market) | A | Interest | J | T | | | | | |
| 9. ATC Equity Income | B | Dividend | L | T | | | | | |
| 10. ATC Midcap Growth (Common Trust) | A | Dividend | L | T | | | | | |
| 11. McDonalds Corp. (Stock) | A | Dividend | K | T | | | | | |
| 12. MA St. HFA Single Family 5.25% 12/1/06 (Bond) | A | Interest | J | T | | | | | |
| 13. Foxborough MA 5.25% 11/15/09 | C | Interest | L | T | | | | | |
| 14. MA St. Turnpike Auth. 5.1% 1/1/08 (Bond) | C | Interest | L | T | | | | | |
| 15. ATC MA Muni Tax Exempt (Common Trust) | D | Dividend | | | SOLD ALL | 12/31 | M | D | |
| 16. EMC Corp. MA (Stock) | | None | J | T | | | | | |
| 17. ATC Midcap Growth (Common Trust) | A | Dividend | K | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
3. Value Method Codes      P3 =$25,000,001 - $50,000,000      R =Cost (Real Estate Only)      P4 =More than $50,000,000
(See Column C2)      Q =Appraisal      V =Other      S =Assessment      T =Cash Market
     U =Book Value      W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ATC Equity Growth (Common Trust) | A | Dividend | K | T | PART SOLD | 7/29 | J | A | |
| 19. Neuberger Berman Genesis Fund (Mutual) | A | Distribution | K | T | | | | | |
| 20. LILO, LLC (Limited Liability Corp.) | E | Dividend | N | W | | | | | |
| 21. ▮▮▮▮Blues Partners (Limited Partnership) | | None | K | W | | | | | |
| 22. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 23. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 24. AIM Liquid Assets (Money Market' | A | Interest | J | T | | | | | |
| 25. Citizens Bank (Savings and Checking) | A | Interest | J | T | | | | | |
| 26. Mass State Cons. MBIASERD 5.59% (Bond) | D | Interest | M | T | | | | | |
| 27. Boston MA G.O. 5% 8/1/13 (Bond) | B | Interest | K | T | | | | | |
| 28. Longleaf Partners (Mutual Fund) | B | Dividend | K | T | | | | | |
| 29. Dodge & Cox Stock Fund (Mutual Fund) | B | Dividend | L | T | | | | | |
| 30. MA St. HEFA Partners (Bond) 7/1/07 ?? | B | Interest | L | T | Buy | | | | |
| 31. Brookline MA GO 5.125% (Bond) | A | Interest | J | T | | | | | |
| 32. AIM Liquid Asset MM Fund (money market) | A | Interest | J | T | | | | | |
| 33. Ferrell Gas Partners LP (limited partnership) | B | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment | T =Cash Market | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII. Note 1

For Item #6 on page 1, the dates and value codes for the 2005 sales of the Atlantic Trust Company, Equity Growth Fund (Common Trust Fund) are as follows

| Date | Value Code | Gain Code |
|------|-----------|-----------|
| 1/31 | K | D |
| 2/28 | J | C |
| 4/15 | J | C |
| 4/30 | K | E |
| 6/30 | K | D |
| 7/29 | K | D |
| 9/15 | J | D |
| 10/31 | J | C |
| 11/30 | J | C |
| Total Values | M | F |

* * * * *

As previously reported, many of the assets owned by ████████ nd me are managed and held by an investment advisory firm, Atalntic Trust Pell Rudman ("ATPR"). ATPR has provided the information contained in this report concerning assets in its custody. The information provided by ATPR is, to the best of my knowledge, accurate.

Assets reported for 2004 for ███████████ have not been reported for 2005 because he is no longer ██████████████

In preparing this report I realized that about ten years ago ████████ nherited shares in Ferrell Gas LLP, which were erroneously omitted from prior reports. In addition, I now realize that the value of ███ interest in LILO, LLC was understated on my 2004 Report and should have been valued as it is in this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date May 5, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544